# FILED
# UNDER
# SEAL

Prob12C
D/NV Form
Rev. March 2017

**United States District Court**
**for**
**the District of Nevada**

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Enrique Ayon**

Case Number: **2:16CR00237**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **March 8, 2017**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **30 Months prison, followed by 36 Months TSR.**

Date of Prior Revocation: **May 6, 2022**

Revocation Sentence: **7 Months prison, followed by 29 Months TSR.**

Date Supervision Commenced: **May 13, 2019**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Commit Another Crime - You must not commit another federal, state or local crime.**

   a) On June 4, 2023, Officers with the Las Vegas Metropolitan Police Department (LVMPD) conducted a traffic stop on Ayon for traffic violations. During the stop, as Ayon gave officers consent to search his vehicle, they located in the front passenger seat of his vehicle a suitcase that contained a brown paper bag. Inside this bag, officers found a clear plastic bag containing a crystal-like substance and a bulbous glass pipe. When questioned about this, Ayon admitted it was his and

RE: Enrique Ayon

Prob12C
D/NV Form
Rev. March 2017

that it was methamphetamine, which he sometimes uses. Officers later conducted tests of the substance and it was confirmed to be .8g/gross methamphetamine. Ayon was arrested and charged with Possession Schedule I, II C/S LT 14 Grams, 1st or 2nd (Felony) in violation of N.R.S. 453.336.2A.

2. **Do Not Unlawfully Possess Controlled Substance - You must not unlawfully possess a controlled substance.**

   a) As noted in allegation #1, Ayon was arrested on June 4, 2023, and was found to be in possession of methamphetamine, which he admitted using.

3. **Do Not Unlawfully Use Controlled Substance - You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.**

   a) On March 10, 2023, Ayon failed to report for scheduled drug testing.

4. **No Alcohol – You must not use or possess alcohol.**

   a) On December 5, 2022, while conducting a random home inspection at Ayon's residence, the undersigned discovered opened beer cans throughout the residence; Ayon admitted to having a few drinks.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **June 7, 2023**

Digitally signed by Cecil B McCarroll III
Date: 2023.06.07 11:12:32 -07'00'

Cecil McCarroll
United States Probation Officer

**RE: Enrique Ayon**

Prob12C
D/NV Form
Rev. March 2017

Approved:

Digitally signed by Brian
Blevin
Date: 2023.06.07 11:07:45
-07'00'

_____

Brian Blevins
Supervisory United States Probation Officer

## *THE COURT ORDERS*

☐    No Action.
X    The issuance of a warrant.
☐    The issuance of a summons.
☐    Other:

_____
Signature of Judicial Officer

June 7, 2023
_____
Date

RE: Enrique Ayon

Prob12C
D/NV Form
Rev. March 2017

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
### UNITED STATES V. ENRIQUE AYON,  2:16CR00237

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### June 7, 2023

By way of case history, on March 10, 2017, Ayon was sentenced to 30 months custody followed by 3 years of supervised release and on May 13, 2019, Ayon began his first term of supervised release. On May 6, 2022, Ayon appeared before the Court for a revocation hearing. During that hearing, Ayon admitted to committing a new crime and was sentenced to 7 months custody followed by 29 months supervised release. On August 12, 2022, Ayon began his second term of supervised release.

As noted above, on December 5, 2022, the undersigned conducted a random home check on Ayon's residence and observed opened beer cans throughout the residence. Ayon was questioned and admitted drinking, though it was a violation of his release conditions. As Ayon stated his family drinks quite regularly, the undersigned instructed him to find a new residence as his current one is no longer appropriate if he is to be successful on supervision.

Additionally, on June 4, 2023, Ayon was arrested by LVMPD officers and charged with possession of a controlled substance (felony). Officers conducted a traffic stop on Ayon and a search of the vehicle revealed methamphetamine and a bulbous pipe. Ayon admitted to the officers that it was his methamphetamine and that he uses this drug sometimes.

The undersigned respectfully requests that a warrant be issued so that Ayon may appear before the Court to address these allegations.

Respectfully submitted,

Digitally signed by
Cecil B McCarroll III
Date: 2023.06.07
11:13:25 -07'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by Brian
Blevin
Date: 2023.06.07 11:08:23
-07'00'

Brian Blevins
Supervisory United States Probation Officer