RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
Nevada State Bar No. 14465
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Enrique Ayon

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ENRIQUE AYON,<br><br>        Defendant. | Case No. 2:16-cr-00237-JCM-NJK-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>**(Third Request)** |

      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Steven J. Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Enrique Ayon, that the Revocation of Supervised Release Hearing currently scheduled on September 29, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

      This Stipulation is entered into for the following reasons:

1. The parties have reached a joint recommendation towards a resolution of this matter.

2. Per the terms of the agreements, Mr. Ayon will admit to the violations in ECF No. 49.

3. This stipulation to continue may be considered by the Court as an admission to violations 1-4 at the revocation hearing.

4. Additionally, if Mr. Ayon either fails to appear, or commits new violations, he will still be deemed to have admitted, but only to violations 1-4 of ECF No. 49. Under this scenario, the parties would not be bound by the other terms of the resolution, and defendant would retain his rights to contest any new violations.

5. However, if Mr. Ayon has remained in compliance with all his requirements by that date, he will not be revoked and will remain on his current term of supervised release.

6. The revocation will be reset for 90 days from September 29, 2023.

7. The sanction for the violations in ECF No. 49 will be 20 hours of community service, to be performed within one year of today's date.

DATED this 28th day of September, 2023.

RENE L. VALLADARES
Federal Public Defender

*By /s/ Navid Afshar*
NAVID AFSHAR
Assistant Federal Public Defender

JASON M. FRIERSON
United States Attorney

*By /s/ Steven J. Rose*
STEVEN J. ROSE
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ENRIQUE AYON,<br><br>    Defendant. | Case No. 2:16-cr-00237-JCM-NJK-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Revocation of Supervised Release Hearing currently scheduled for September 29, 2023 at 10:30 a.m., be vacated and continued to **January 3, 2024 at 10:30 a.m.**

DATED September 29, 2023.

_____
UNITED STATES DISTRICT JUDGE